JOE WOLFSON, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $3,321.23; in which event the judgment as so modified is affirmed, with costs to the respondent. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of MARGARET WARD, Respondent, v. JOSEPH MILLER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE BANK OF UNITED STATES, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley and Untermyer, JJ.

ETHEL J. SEAMAN, Respondent, v. ARCHER RAYMOND SEAMAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CORNELIUS P. TOOMEY, Respondent, v. BRADLEY KNITTING COMPANY, a Wisconsin Corporation, Also Trading under the Firm Name and Style of NATIONAL KNITTING COMPANY, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the INDEPENDENT MUTUAL CASUALTY COMPANY. Claim No. 2437, FRIEDA BROOKER, as Administratrix, etc., of ABRAHAM BROOKER, Deceased; Claim No. 2438, FRIEDA BROOKER, as Guardian ad Litem of LILLIAN BROOKER, an Infant; Claim No. 2439, FRIEDA BROOKER, as Guardian ad Litem of HERBERT S. BROOKER, an Infant; Claim No. 2440, FRIEDA BROOKER; Claim No. 2441, ROSE GREENBERG, Appellants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of ELEVENTH AVENUE AND FORTY-SIXTH STREET CORPORATION for a Voluntary Dissolution.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of FREDBURN CONSTRUCTION CORPORATION, Contractor, for an Order Directing WAGENHEIM & GOODMAN, Lienors, to Furnish an Itemized Statement of Labor and Material Making up Amount of Lien Filed against Moneys under Contract No. 100,710, between THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and FREDBURN CONSTRUCTION CORPORATION, for the Erection of the Brooklyn Technical High School Building in the Borough of Brooklyn, City of New York.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.